Case No.: 12-2017
_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

**ROBERT D. MORT RANTA,**
    Appellant,

v.

**THOMAS P. GORMAN,**
    Appellee.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION
CASE NO. 1:12-CV-00505-CMH-TCB
THE HONORABLE JUDGE CLAUDE M. HILTON

_____

**SUPPLEMENTAL BRIEF OF THE APPELLEE, THOMAS P. GORMAN**

_____

Eva Choi (VSB# 81974)
OFFICE OF THE CHAPTER 13 TRUSTEE
300 N. Washington Street, Suite 400
Alexandria, VA 22314
Phone: (703) 836-2226
Fax: (703) 836-8120
E-mail: echoi@chapter13alexva.com

*Counsel for Appellee*

# TABLE OF CONTENTS

TABLE OF CONTENTS ................................................................................... i

TABLE OF AUTHORITIES ........................................................................... ii

JURISDICTIONAL STATEMENT ..................................................................1

   The District Court's Decision Affirming The Bankruptcy Court's Order Denying Confirmation Of The Chapter 13 Plan Is Not Appealable As A "Final Decision" Under 28 U.S.C. §158(d)(1) Since The Bankruptcy Court's Order Denying Confirmation Was Not A Final Order Under 28 U.S.C. §158(a) ............................1

CERTIFICATE OF SERVICE .........................................................................4

# TABLE OF AUTHORITIES

**STATUTES**

28 U.S.C. §158(a) ...............................................................................................1, 2

28 U.S.C. §158(a)(3)................................................................................................2

28 U.S.C. §158(d) ...............................................................................................1, 2

28 U.S.C. §158(d)(1)................................................................................................1

Bankr. E.D. Va. R. 3015-2(H)(3)(a) ........................................................................2

**CASES**

*In re Computer Learning Centers, Inc.*, 407 F.3d 656 (4th Cir. 2005) .................1, 2

*In re Massey*, 21 F.App'x 113 (4th Cir. 2001) .......................................................1, 2

*In re Topper*, 23 F.App'x 127 (4th Cir. 2001) ........................................................1, 2

# JURISDICTIONAL STATEMENT

**The District Court's Decision Affirming The Bankruptcy Court's Order Denying Confirmation Of The Chapter 13 Plan Is Not Appealable As A "Final Decision" Under 28 U.S.C. §158(d)(1) Since The Bankruptcy Court's Order Denying Confirmation Was Not A Final Order Under 28 U.S.C. §158(a)**

Pursuant to 28 U.S.C. §158(d)(1), the Circuit Court of Appeals only has jurisdiction to hear appeals from final orders of the district court entered under 28 U.S.C. §158(a). *In re Topper*, 23 F.App'x 127, 128 (4th Cir. 2001) ("[C]ircuit courts, with limited exceptions, only have jurisdiction over appeals from final orders, not over appeals of interlocutory orders.").

A bankruptcy court's order denying confirmation of a Chapter 13 plan is not a final order within the meaning of 28 U.S.C. §158(a). *In re Massey*, 21 F.App'x 113, 114 (4th Cir. 2001) ("An order denying confirmation of a proposed Chapter 13 plan, without also dismissing the underlying petition or proceeding, is not final for the purposes of appeal."). Thus, a district court's decision on a bankruptcy court's order denying confirmation is not a final order that is reviewable by a circuit court of appeals. *In re Computer Learning Centers, Inc.*, 407 F.3d 656, 657 (4th Cir. 2005) ("[T]he bankruptcy court's order was not a final order under 28 U.S.C. §158(a) and that, therefore, the district court's order was not a final order in the bankruptcy case that is reviewable by this court under 28 U.S.C. §158(d).").

1

As stated in *Massey*, the bankruptcy court's March 20, 2012 order denying confirmation in this case was not a final order[1] under 28 U.S.C. §158(a),[2] thus the district court's decision affirming the bankruptcy court's order was not a final order within the meaning of 28 U.S.C. §158(d) as held in *Computer Learning Centers*. Therefore, pursuant to this Court's ruling in *Topper* and in *Computer Learning Centers*, this Court does not have appellate jurisdiction to hear this appeal under 28 U.S.C. §158(d).

---

[1] Debtor-Appellant acknowledged that orders denying confirmation are considered interlocutory, which was the reason stated in footnote 1of Debtor's Motion for Leave to Appeal for filing said motion. (R. at 64-65). Trustee filed an Answer in Opposition to Debtor's Motion for Leave to Appeal and argued that the bankruptcy court's order denying confirmation did not meet the criteria required for an interlocutory appeal under 28 U.S.C. §158(a)(3). (R. at 70-74). Debtor's Motion was transmitted to the district court on May 7, 2012; however, the district court never entered an order on Debtor's Motion for Leave to Appeal. (R. at 3-5, 10).

[2] The bankruptcy court's March 20, 2012, Order Denying Confirmation and Directing Clerk to Dismiss if Conditions of Local Bankruptcy Rule 3015-2 Are Not Met ordered "that unless the Court has entered an order previously confirming a Chapter 13 Plan, the Clerk is directed to dismiss the Chapter 13 case ***unless, within 21 days from this Order, the debtor takes one of the actions enumerated in Local Bankruptcy Rule 3015-2***." (R. at 61) (original emphasis removed, emphasis added), Bankr. E.D. Va. R. 3015-2(H)(3)(a) (allows a debtor to file a modified plan within 21 days of denial of confirmation in order to prevent dismissal of the Chapter 13 case).

2

                                                          Respectfully Submitted,

Dated: March 4, 2013                                                __/s/ Eva Choi_____
                                                                          Eva Choi (VSB# 81974)
OFFICE OF THE CHAPTER 13 TRUSTEE
300 N. Washington Street, Suite 400
Alexandria, VA 22314
Phone: (703) 836-2226
Fax: (703) 836-8120
E-mail: echoi@chapter13alexva.com

*Counsel for Appellee*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of March, 2013, the foregoing Supplemental Brief of the Appellee was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Daniel M. Press, Esq.
Counsel for Appellant
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Ste. 200
McLean, Virginia 22101

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia, 23219-3517
(8 copies, via USPS)

            __/s/ Eva Choi_____
              Eva Choi (VSB# 81974)
          OFFICE OF THE CHAPTER 13 TRUSTEE
         300 N. Washington Street, Suite 400
              Alexandria, VA 22314
              Phone: (703) 836-2226
                Fax: (703) 836-8120
          E-mail: echoi@chapter13alexva.com

              *Counsel for Appellee*